**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Mathia Lamont Chambers, Appellant.

Appellate Case No. 2022-000689

———————

Appeal From Lexington County
Walton J. McLeod, IV, Circuit Court Judge

———————

Unpublished Opinion No. 2024-UP-387
Submitted November 1, 2024 – Filed November 20, 2024

———————

**AFFIRMED**

———————

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Mark Reynolds Farthing, both of Columbia, for Respondent.

———————

**PER CURIAM:** Mathia Lamont Chambers appeals his conviction for voluntary manslaughter and sentence of thirty years' imprisonment. On appeal, Chambers argues the plea court erred in refusing to award credit for time served on monitored house arrest. We affirm pursuant to Rule 220(b), SCACR.

We hold the plea court did not abuse its discretion in denying Chambers's motion to reconsider and refusing to credit him with any time served while on monitored house arrest because the plea court was not required to award such credit under the statute. *See State v. Pogue*, 430 S.C. 384, 386, 844 S.E.2d 397, 398 (Ct. App. 2020) ("A sentence will not be overturned absent an abuse of discretion . . . ." (quoting *In re M.B.H.*, 387 S.C. 323, 326, 692 S.E.2d 541, 542 (2010))); *State v. King*, 367 S.C. 131, 136, 623 S.E.2d 865, 868 (Ct. App. 2005) ("An abuse of discretion occurs when the decision by the [plea court] is based on an error of law."); S.C. Code Ann. § 24-13-40 (Supp. 2021) ("In every case in computing the time served by a prisoner, full credit against the sentence *must* be given for time served prior to trial and sentencing, and *may* be given for any time spent under monitored house arrest." (emphasis added)).

**AFFIRMED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.